FILED
2021 May-27  PM 04:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| THOMAS GADDIS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 1:21-cv-00575-MHH-SGC |
| ) | |
| JIMMY KILGORE, *et al.*, ) | |
| ) | |
| Respondents. ) | |

### MEMORANDUM OPINION

On May 5, 2021, the magistrate judge entered a report recommending this petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, be dismissed for failure to assert cognizable claims, seek appropriate relief, and exhaust state court remedies.  (Doc. 4).  The magistrate judge recommended denial of a certificate of appealability under Rule 11 of the *Rules Governing 2254 Proceedings*.  The report advised Mr. Gaddis of his right to file objections within 14 calendar days.  This deadline has expired, and Mr. Gaddis has not filed objections.

After consideration of the record in this case, the Court adopts the magistrate judge's report and accepts her recommendations.  By separate order, the Court will dismiss this matter. The Court will not issue a certificate of appealability.

A separate order will be entered.

**DONE** and **ORDERED** this May 27, 2021.

_____

**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE